IRA B. CANTOR, Respondent, *v.* THE PENNSYLVANIA RAILROAD COMPANY, Appellant.*

Supreme Court, Appellate Term, First Department, January 9, 1935.

*O'Brien, Boardman, Hewitt, Memhard & Early* [*Louis C. Haggerty* and *Peter Keber* of counsel], for the appellant.

*Alvaro J. Adams*, for the respondent.

PER CURIAM.  When plaintiff purchased a season ticket from the defendant the contract between the parties included the provisions of the tariffs filed by the defendant.  The defendant was, therefore, justified in forfeiting the season ticket when presented by a stranger.

Judgment reversed, with thirty dollars costs, and judgment directed for the defendant, with costs.

All concur; present, LYDON, HAMMER and FRANKENTHALER, JJ.

* Revg. 150 Misc. 844.